UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 19-996 MWF (KESx)**　　　　　　　　　　Date:  March 19, 2019

Title  **Alejandra Vargo v. ULRS, Inc.**

Present: The Honorable:  **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on February 11, 2019.  (Docket No. 1).  On February 27, 2019, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant ULRS, Inc.  (Docket No. 11).  Defendant ULRS, Inc.'s response to the Complaint was due March 13, 2019.

   The Court orders Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **April 1, 2019**:

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by all Defendants who have been served.
   OR
- ■ BY PLAINTIFF:  DEFAULT APPLICATION for any Defendant who has not timely responded to the Complaint.

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

Initials of Preparer:  RS/sjm